IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00112-ZLW-BNB

ROBERT A. POLITTE,

    Plaintiff,

v.

AMANDA SAVAGE,

    Defendant.

---

## *AMENDED* ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

    Pursuant to 28 U.S.C. § 636(b)(1) (A) and (B) and Fed. R. Civ. P. 72(a) and (b), it is

    ORDERED that Magistrate Judge Boyd N. Boland is designated to conduct proceedings in this civil action as follows:

_X_    Convene a scheduling conference under Fed. R. Civ. P. 16(b) **within 60 days** and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2 and Appendix F.

_X_    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

_X_    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

_X_    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

_X_    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

__X__   Conduct a pretrial conference and enter a pretrial order **within 30 days** after the discovery cutoff date, which date shall be **no later than 12 months** from the date of this Order, except upon recommendation of the Magistrate Judge and order of this Court.

DATED at Denver, Colorado, this __7__ day of February, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court