IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00112-ZLW-BNB

ROBERT A. POLITTE,

Plaintiff,

v.

AMANDA SAVAGE,

Defendant.
_____

**ORDER**
_____

This matter was set for a scheduling conference this morning, and counsel appeared at that time. No scheduling order had been submitted, however, and the plaintiff's counsel had not yet entered an appearance in the case. Consistent with matters discussed on the record this morning:

IT IS ORDERED that the scheduling conference is reset to **March 10, 2008, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **March 6, 2008**.

Dated February 27, 2008.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge