IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00112-ZLW-BNB

ROBERT A. POLITTE,

Plaintiff,

v.

AMANDA SAVAGE,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Notice of Withdrawal** [docket no. 16, filed May 16, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and attorney Edward D. Dillon is withdrawn from the representation of defendant and is to be removed from the electronic service.


DATED:  May 20, 2008