IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00112-ZLW-BNB

ROBERT A. POLITTE,

    Plaintiff,

v.

AMANDA SAVAGE,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation For Dismissal With Prejudice (Doc. No. 24; Aug. 4, 2008). In consideration thereof, it is

ORDERED that all claims in this case which were brought between Plaintiff and Defendant are dismissed with prejudice, each party to pay his or her own costs and attorney fees.

DATED at Denver, Colorado, this  11th  day of   August  , 2008.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court